Quaylan Anderson 45057-174
Name and Prisoner/Booking Number

USP Allenwood
Place of Confinement

PO Box 3000
Mailing Address

White Deer, PA 17887
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

MAR 28 2025

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Quaylan K'Won Anderson,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) United States of America,
(Full Name of Defendant)

(2) Officer Vazquez,

(3) Officer Fargosso,

(4) Officer Savdra,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-25-147-TUC-JAS (PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: ~~Bivens~~ FTCA - Federal Tort Claim Act

2. Institution/city where violation occurred: Tucson USP AZ

Revised 12/1/23

1

**550/555**

Additional Defendants

5) Officer Rodgiuez - SHU officer - Tucson USP
6) SIS Islas - SIS at Tucson USP
7) SHU LT Karlan, Now is SIS LT Karlan

WITTNESS

1. LT Mendoza - Tucson USP
2. Jessica - Tuson medical center
3. Jay - Sexual abuse counsler

## B. DEFENDANTS

1. Name of first Defendant: **Officer Vazquez**. The first Defendant is employed as: **Officer a Tucson USP SHU Officer** (Position and Title) at **Tucson USP** (Institution).

2. Name of second Defendant: **Officer fargosse**. The second Defendant is employed as: **SHU officer** (Position and Title) at **Tucson USP** (Institution).

3. Name of third Defendant: **Officer Sauedra**. The third Defendant is employed as: **SHU officer** (Position and Title) at **Tucson USP** (Institution).

4. Name of fourth Defendant: **United States of America**. The fourth Defendant is employed as: **United States of America** (Position and Title) at **Tucson USP** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? **2**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Quaylan Anderson** v. **United States of America**
      2. Court and case number: **Terre Haute District Court- 2:22-cv-00349 JRS-MJK**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **See lawyer Darren a Craig for more information**.

   b. Second prior lawsuit:
      1. Parties: **Quaylan Anderson** v. **United States of America**
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **See lawyer for more information, Craig miike and Brent Pught-636-232-7450**.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Cruel and unsual punhiment, Due proccess and reckless and gross Negligence.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3-20-24 officer Vasquez around time 8:60 am - 11:00am used excessive force while being escorted down stairs backwards in handcuffs was holding my head, However was using his thumbs to cut off my air supply that cast me to choke. After being escorted to the Lt cage officer Vasquez Sexual assulted and assulted me by punching me in the stomach 4-5 times Slammed my head against the wall that made me go uncouncis when I wokeup officer Vazquez was stomping me in my back and body. officer Vazquez run his hand down my buttocks through my orange Jumpsuit. This assult led me to the outside hospital. I have suffered mental and emotional distress, pain and suffering. My inscurys was documented at Tucson Medical center. I had to undergo Sexual assult Test and my Sexual Forensic was Jessica and my Sexual abuse advocator was Jay.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Bruises on back Stomach, Blood on Top of head, bruis on arms swelling and Truma on forhead thus That was documented by Jessica at TMC, mental and emotional distress pain and suffering

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? yes  ☒ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I Fold a Tort cliam which allows me to go stright to the Court. Never recived an response

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Cruel and unusal Punishment, Due process, reckless and gross Neglegence.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3-20-24 officer fargosso, officer Saudea and officer rodgiuz both officer fargosso being the sexual assulting and assulting officer. Around time 8:00 am - 11:00 am officer fargosso stomped me in my body after i fell unconcis and was punching me while i was on the ground and was grabbing my groin area twisting them into my stmoch. officer Saudea snatched my dreadslocks out my head and was Punching and Stomping me as well. After being placed in belly chains Rodrogus had on suit gear and was all officers forced me to standup while officer Rodriguz was kneeing me. LT Yoontz made arangements for me to go to the outside hospital for my prea cliam. Tucson medical center is where my injuries was documented. all Said officer brutally beat me unconcios and put me in the hospital. this assult caused me mental and emotional distress and pain and suffering

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Truma on head, Blood on Top of head, Bruises on back Stomach and arm, Hair snatcted out, mental and emotion distres Pain and suffering.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I submitted a tort cliam which allows me to go striaght to the court

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Due process, Cruel and unusual punishment, gross and reckless Negligence.</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: <u>Aiding and abetting by Conspiring to an assault</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3-20-24 Around time 8:00 am - 11:00 am LT SIS Karlan which was SHU LT on this day and SPS Islas and officer Valentria aided and abet by conspire to an assault and sexual assault. While being escorted to the mental health cage by officer Valentria he was being aggressive with me by bumping me against the wall shoving me inside the cage and tighten the handcuffs on me because i raised an suicidal ideation. After Valentria used excessive force on me by inflicting pain tighten the hand-cuffs on me tight i spit on him to defend myself officer Valentria walked out and came back with officer Vazquez, Fargassa, Rodriguez, Saucedo, LT Karlan and SIS Islas walked me [struck] conspired this assault and sexual assault by aiding and abetting and not intervening to do nothing to stop the assault. LT Karlan and SPS Islas watch the assault happen without reporting it.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Truma to head with Blood, Truma to Forehead, bruises on back, stomach, arms, mental and emotional distress and pain and suffering.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☑ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☑ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Tort Claim allows me to go strignt to the courts</u>

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff is Seeking 5 million$ for Phsical and mental injuries, Due proccess, Gross and reckless Negligence, Mental and emointional distress, pain and suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____      ____Quaylan Andersen____
　　　　　　　　DATE                            SIGNATURE OF PLAINTIFF


____Quaylan Andersen____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

____Quaylan Andersen pro-se____
(Signature of attorney, if any)

____N/A____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.